IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

United States Courts
Southern District of Texas
FILED

APR 01 2019

David J. Bradley, Clerk of Court

SEAN BROWN          )
  Petitioner        )
                    )          Case No. G-97-5
                    )
                    )
vs.                 )
                    )
UNITED STATES OF AMERICA )
                    )

## MOTION

## SENTENCE MODIFICATION UNDER 18 U.S.C. § 3582(c)(1)(A)

COMES NOW, Sean Brown, pro se under 18 U.S.C. § 3582(c)(1)(A),
in which the First Step Act now provides that an inmate can bring a
request to modify a term of imprisonment directly to a sentencing
court based on the claim that extraordinary and compelling reason
warrant such reduction.

Petitioner is requesting this Court to, in part, request that
the United States Attorney for the Southern District of Texas, Eric
Smith, to consent to vacating five (5) § 924(c) counts of
conviction and/or that the Honorable Judge who has the authority
and discretion under 18 U.S.C. § 3582(c)(1)(A) motion to find that
extraordinary and compelling reason exist in this case, in the
Honorable Judge's discretion without the U.S. Attorney's consent,
which would in effect, remove the mandatory five § 924(c)
consecutive sentences that resulted in one hundred (100) years.
Congress has now recognized the injustice of stacking such § 924(c)
25-year mandatory minimum sentences for first time offenders, and
it is now contrary to the present amended provisions of the statute
I was sentenced under, which resulted in an additional (100) years
of imprisonment in this case.

Petitioner has a total of (132) years for aiding and abetting five bank robberies; aiding & abetting five § 924(c) counts; conspiracy to commit bank robbery and § 924(o); also one count of bank robbery and § 924(c).

It is Petitioner's hope and prayer that the Honorable Judge would see that a 132 year sentence as a first time offender who only had a pending charge at that time, is very harsh and extreme and that it would warrant a reduction on the five aiding and abetting § 924(c) counts. Absent these five 924(c) counts, Petitioner would have a remaining sentence of 32 years in which petitioner would be content with the remaining sentence.

Petitioner relies only on one instructive case, as to the request that the Honorable Judge Kenneth Hoyt and U.S. Attorney agreeing to an extraordinary and compelling reason in this case, warranting vacation of the five (5) § 924(c) counts of conviction, United States v.Holloway, 68 F. Supp. 3d 310 (E.D.N.Y. 2014). In that case, Holloway was convicted for three separate "car jackings" over a two-day period. He received a mandatory sentence of 57 years, but was able to have the U.S. Attorney agree to vacate two of his prior § 924(c) counts and allow for resentencing. In that decision the Honorable Judge Gleeson praised the U.S. Attorney for the Eastern District of New York for agreeing to vacate the § 924(c) convictions in the Holloway case. Judge Gleeson also noted that prosecutors can and should use their vast power to remedy injustices in an appropiate case.

Petitioner also presents three (3) Attachments for this Court's consideration for this motion:

Attachment A: Letter of Apology

Attachment B: Letters of Recommendation by Bureau Staff
Attachment C: Programs and Disciplinary Report History

WHEREFORE. Petitioner prays that this Honorable Court would have mercy on me. and that The Honorable Judge Kenneth Hoyt would find this request to be extraordinary and compelling reasons to GRANT such motion for relief for the reasons stated herein.

Respectfully submitted this _27th_ day of _March_ ,
2019.

Sean Brown#62260-079
Federal Register No.
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX. 78071

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Reduction in Sentence was served upon the Clerk of Court for the United States District Court for the Southern District of Texas on this 27th day of March , 2019, from FCI Three Rivers, Texas.

Sean Brown
Federal Register No. 62260-079
Unit Live Oak B
Federal Correctional Institution
P.O. Box 4200
Three Rivers, Texas, 78071

## I Apologize

I Sean Brown apologize and ask for forgiveness from the Honorable Judge Kenneth Hoyt society and community please forgive me of all my wrong doings. I would like the Courts to know that time and God has humbled me, it has made me to know how to conduct myself in life, and that life is not to be taken for granted. With all respect and sincereness from my heart please forgive me.

Sincerely

Sean Brown

P.S. Please note your Honor that my mistakes in life has cost me dearly and I am to blame. All my co-defendants are at home and been there for years, I to your Honor seek a second chance at life again in the free world. I ask that you would have mercy and that your descretion will be in my favor. Please Your Honor help me through this storm that I have Caused. I want You to know that some of us change and deserve a second chance. I pray to God the same God that formed this world that the Honorable Judge would show mercy and compassion towards me.

Thank You Your Honor



**U.S. Department of Justice**
*Federal Bureau of Prisons*

Three Rivers, Texas
P.O. Box 4000
Three Rivers, Texas 78071

December 15, 2015

MEMORANDUM FOR CENTRAL FILE

FROM:          A. Cervantes, CSW

SUBJECT:       BROWN, Sean Dequince
               Reg. No.:  62260-079

Inmate Brown has been instrumental in using his communication skills
at solving problems amongst other inmates at this facility.  His
ability and wiliness to help resolve inmate issues has contributed
to a more cooperative and safer environment between inmates.  Inmate
Brown maintains a good rapport with staff and other inmates.
According to other documentation in his Central File, inmate Brown
was viewed as someone who engaged in "positive problem solving"
activities and was seen as having a good influence among his inmate
peers at USP Victorville, California.

Federal Correctional Institution
Three Rivers, Texas
Live Oak B Unit Team

Secretary: V. Zuniga

March 27, 2019

RE: Sean Brown

Dear Honorable Judge Kenneth Hoyt, I write this letter
to you in humbleness and great respect on behalf of Mr. Brown.
Honorable Judge I have observed inmate Brown and I have to admit he
has been a model inmate. His record for the last twenty-something
years is near perfect. He has proven reliable, trustworthy, and to
be a changed man.

I write to the Honorable Judge Kenneth Hoyt as a character
witness who has observed Mr. Brown, in sincere hopes that Mr. Brown
may receive a reduction in his extremely lengthy prison term, so
that he may have a second chance at life again. I do have great
confidence that Mr. Brown would not let you or I down, nor the
community as a whole, if given a modified sentence.

I am asking that the Honorable Judge Kenneth Hoyt and the
prosecuting attorney to come to an agreement of a sentence
reduction in this case, and allow for Mr. Brown to have a chance
at life and freedom once again.

In the event that there are any more questions concerning Mr.
Brown, please feel free to contact me at: 361-786 3576 x 1375

Sincerely,

V. Zuniga
Secretary
Live Oak Unit

Counselor: W. James

March 27. 2019

RE: Sean Brown

To the Honorable Judge Kenneth Hoyt, I would like to say a few words on behalf of Mr. Brown. As Mr. Brown's Correctional Counselor here at the prison for many years, I have seen over these years a remarkable, responsible, dedicated and hard working individual. Mr. Brown has shown time again, that he deserves another chance at life in the free world.

I thought that it would be a good thing to express this to you at this time, since Mr. Brown is motioning the Court for a modified sentence. It is not something that I would do often for an inmate, but I believe Mr. Brown's case to be one of those that deserves support and a reduction in the sentence he is currently serving.

Your Honor. I am asking that you would allow Mr. Brown a sentence reduction that would allow him a second chance at life on the outside, where I am confident that he would be able to contribute to society in a positive way.

Your Honor, I would please ask that you would consider this as a recommendation on Mr. Brown's behalf, and I thank you for your attention in this matter.

If there should be any further questions concerning Mr. Brown, please feel free to contact me at: (361) 786-3576

Sincerely,

W. James
Counselor
Live Oak Unit

Federal Correctional Institution
Three Rivers, Texas
Live Oak B Unit Team

Case Manager: G. Patterson

RE: Sean Brown

To the Honorable Judge Kenneth Hoyt, my reason for writing and expressing my view of Mr. Brown is in hope that it would help in granting Mr. Brown relief from five 924(c) counts for a reduction in his sentence. Mr. Brown has done exceptionally well during his time of incarceration. He has received a Certificate of Certification from Coastal Bend College in Heating & Air Conditioning (HVAC). He is also certified as a personal trainer in physical fitness and has worked with a many of inmates. Mr. Brown has also programmed in many other areas.

Mr. Brown is a positive influence toward the prison population. Mr. Brown has conducted and carried himself well in prison. I am asking that the Honorable Judge Kenneth Hoyt and the prosecuting attorney would agree to giving Mr. Brown a second chance at life again.

I want to thank you your honor for your time in this matter. In the event that you have any questions or concerns, please feel free to contact me at FCI Three Rivers at 361-786-3576 ext 1378

Sincerely,

G. Patterson
Case Manager

# Certificate of Completion

This is to certify that

## Sean D Brown

has been certified as a

Certified by
VGI Training
EPA Approved
September 30, 1993

### Technician TYPE UNIVERSAL

as required by 40 CFR 82 Subpart F.

## Coastal Bend College

| 2354566 | 7/28/2016 | |
|---|---|---|
| Certificate Number | Date | President VGI Training Div |

△  △  △  △  △  DETACH CERTIFICATE HERE  △  △  △  △  △

Certificate of Completion

This is to certify that

Sean D Brown

has been certified as a

Certified by
VGI Training
EPA Approved
September 30, 1993

Technician TYPE UNIVERSAL

as required by 40 CFR 82 Subpart F.

2354566 · 7/28/2016
Certificate Number · Date · President VGI Training Div

## Type(s) Sought:

## Test Results

| | Score | Grade to pass | Passed |
|---|---|---|---|
| Core | 22 | 18 | Y |
| Type I | 25 | 18 | Y |
| Type II | 25 | 18 | Y |
| Type III | 24 | 18 | Y |
| Universal | Requires passing scores (Y) in all Types. | | Y |

Sean D Brown
PO Box 4200 62260-079
Three Rivers TX 78071

*To receive a "I help protect the Ozone Layer!" bumpersticker, please send a self-addressed stamped envelope to:*

*VGI Training/Bumpersticker*
*1156 107th St.*
*Arlington TX 76011*

## Congratulations

We have processed your test and your scores, certificate, and wallet card are attached.

Refrigerant containment is a technique of the professional.

Please keep that professionalism in mind as you go about your daily work.

# National Federation of Professional Trainers

This certifies that on April 7th, 2017

## Sean Brown

has successfully met the requirements of a

## Certified Personal Trainer, CPT





NFPT

CERTIFIED



Accredited

Angela Pattengale
Director of Certification

Ron Clark
Chief Executive Officer, CEO

59037
Certification Number

April 1st, 2019
Expiration Date

# Adult Continuing Education

## Certificate of Completion

awarded to:

### Sean Brown

62260-079

Successfully completed

*Introduction to Oil Field*

_____

Jun 24, 2014

Date

_____

P. Pugh

P. Pugh/ ACE Coordinator

# Certificate of Completion

awarded to

## Sean Brown

For completion of the Fitness Trainer Pre-Certification Program

On this 23rd day of December, 2016

A. Fernandez, Recreation Specialist

```
 REGISTER NO: 62260-079    NAME..: BROWN                  FUNC: PRT
 FORMAT.....: TRANSCRIPT    RSP OF: TRV-THREE RIVERS FCI
```

```
 ------------------------- EDUCATION INFORMATION -------------------------
 FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
 TRV  ESL HAS    ENGLISH PROFICIENT         04-22-1999 0800 CURRENT
 TRV  GED HAS    COMPLETED GED OR HS DIPLOMA 04-22-1999 0800 CURRENT
```

```
 ------------------------- EDUCATION COURSES -------------------------
 SUB-FACL  DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
 TRV       ELEC. LAW LIBRARY TRAINING  07-30-2018 09-22-2018  P  C  P   16
 TRV       FITNESS TRAINER CLASS       10-21-2016 12-23-2016  P  C  P   20
 TRV       BASIC ELECTRICAL WORKS      04-05-2016 06-07-2016  P  C  P   20
 TRV       HVAC DEMONSTRATION CLASS    04-07-2016 06-07-2016  P  C  P   20
 TRV       BASIC OILFIELD              04-14-2014 06-28-2014  P  C  P   20
 VIP       RPP USP MONEY SMART PGM (C3) 04-07-2010 06-30-2010 C  C  P   10
 VIP       ENTREPRENEURS SKILLS        10-05-2009 11-30-2009  P  C  P   10
 VIP       MANAGING CHANGE             06-01-2009 07-31-2009  P  C  P   10
 VIP       BEGINNER BEADING COURSE     06-10-2009 07-15-2009  P  C  P   12
 VIP       BEGINNER CROCHET COURSE     11-05-2008 12-10-2008  P  C  P   12
 VIP       RPP USP CMC RPP OVERVIEW (C5) 03-28-2008 03-28-2008 P  C  P    1
 BMP       BEGINNING FITNESS   CLASS   04-08-2007 07-15-2007  P  C  P   30
 BMP       HEALTHY LIFESTYLE PHASE I   04-08-2007 07-15-2007  P  C  P   30
 BMP       ADV TYPING, M-F,7:30-8:30 P.M. 06-22-2004 07-20-2004 P  C  P  20
 BMP       BEG.TYPING, M-F, 6:30-7:30 PM 05-19-2004 06-22-2004 P  C  P   20
```

```
 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
REGISTER NO: 62260-079 NAME..: BROWN, SEAN DEQUINCE
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-27-2019
```

--------------------------------------------------------------------------

```
REPORT NUMBER/STATUS.: 2225100 - SANCTIONED INCIDENT DATE/TIME: 10-24-2011 0930
UDC HEARING DATE/TIME: 10-25-2011 1222
FACL/UDC/CHAIRPERSON.: TRV/LIVE OAK/C. SMITH
REPORT REMARKS.......: INMATE INFORMED OF RIGHTS.  INMATE ADDITTED GUILT.
                       INAMTE FOUND TO HAVE COMMITTED ACT.
  310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
       LP VISIT  / 15 DAYS / CS
       COMP:    LAW:   LP VISITING FOR 15 DAYS TO RUN FROM 10-25-2011
                       UNTIL 11-09-2011.
```
--------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2214613 - SANCTIONED INCIDENT DATE/TIME: 09-26-2011 0645
UDC HEARING DATE/TIME: 09-27-2011 1416
FACL/UDC/CHAIRPERSON.: TRV/LIVE OAK/B. HADWIN
REPORT REMARKS.......: INMATE STATES THAT THE REPORT IS UNTRUE IN PART.
  307  REFUSING TO OBEY AN ORDER - FREQ: 1
       LP COMM   / 15 DAYS / CS
       COMP:    LAW:   15 DYS NO COMM, SUSPENDED FOR 30 DYS. TO END
                       10-27-11.
```
--------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 1829619 - SANCTIONED INCIDENT DATE/TIME: 02-03-2009 1240
UDC HEARING DATE/TIME: 02-05-2009 1005
FACL/UDC/CHAIRPERSON.: VIP/5 B/CAMPOS
REPORT REMARKS.......: GREATER WEIGHT GIVEN TO WRITTEN REPORT
  310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
       LP COMM   / 15 DAYS / CS / SUSPENDED 90 DAYS
       COMP:    LAW:   LP COMM 15 DAYS SUSPENDED PENDING 90 DAYS CLEAR
                       CONDUCT
```
--------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 726188 - SANCTIONED  INCIDENT DATE/TIME: 10-28-1999 1150
DHO HEARING DATE/TIME: 12-07-1999 1426
FACL/CHAIRPERSON.....: BMP/WESTON L
REPORT REMARKS.......: INMATE ADMITTED CHARGE
  222  POSSESSING INTOXICANTS - FREQ: 1
       DIS GCT   / 27 DAYS / CS
       COMP:010 LAW:P  DISALLOW 27 DAYS GOOD CONDUCT TIME
```



Lino SILK B unit
Federal Correctional Institution
PO BOX 4200
Three Rivers TX 78071

⇔62260-079⇔
Us District Courthouse
515 RUSK ST
Houston, TX 77002
United States

United States Courts
Southern District of Texas
FILED
APR 01 2019
David J. Bradley, Clerk of Court

SAN ANTONIO TX 780

FRI 29 MAR 2019 PM